Gordon A. SHEPHERD, Petitioner,

v.

UNITED STATES of America.

No. 15451.

United States Court of Appeals
Eighth Circuit.

Oct. 20, 1955.

Gordon A. Shepherd, pro se.

PER CURIAM.

Motion of petitioner for mandamus denied on the ground that Court is without jurisdiction to consider same.

---

ESTATE of Gust Marion PETERSON, Deceased, Mary E. Peterson, Executrix, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 15377.

United States Court of Appeals
Eighth Circuit.

Oct. 11, 1955.

Daniel Stubbs, Alliance, Neb., for petitioner.

H. Brian Holland, Asst. Atty. Gen., for respondent.

PER CURIAM.

Decision of Tax Court, 23 T.C. 1020, reversed and case remanded to said Court with directions to enter a decision that there has been an overpayment of estate tax in the amount of $467.72, which amount was paid within three years prior to the mailing of the notice of deficiency. 26 U.S.C.A. (I.R.C.1939) § 912.

---

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL
NO. 124, AFL, et al.

No. 15432.

United States Court of Appeals
Eighth Circuit.

Oct. 13, 1955.

Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Clif Langsdale and Gibson Langsdale, Kansas City, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.